**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-0718-WJM-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$22,000.00 IN UNITED STATES CURRENCY, and
$11,020.00 IN UNITED STATES CURRENCY,

    Defendants.

---

### FINAL ORDER OF FORFEITURE

---

    This matter comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture only as to Certain Defendant Assets, filed August 15, 2014 (ECF No. 20).  The Court having reviewed the Motion FINDS as follows:

    THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

    THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

    THAT the United States and claimant Ivan Sotelo-Tena, through his attorney Kenneth A. Padilla, Esq., have reached a settlement in this case as to the following Defendant assets:

    a.    $22,000.00 in United States Currency, and

    b.    $11,020.00 in United States Currency

and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to the following Defendant assets have been filed:

a. $22,000.00 in United States Currency, and

b. $11,020.00 in United States Currency.

THAT forfeiture of $8,255.00 of Defendant $11,020.00 in United States Currency shall enter in favor of the United States;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

It is hereby ORDERED

THAT forfeiture of $8,255.00 of Defendant $11,020.00 in United States Currency shall enter in favor of the United States; the United States shall have full and legal title to the Defendant assets, and may dispose of them in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT the Clerk of Court is DIRECTED to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to these Defendant assets pursuant to 28 U.S.C. § 2465.

Date this 18th day of August, 2014.

BY THE COURT:

_____
William J. Martinez
United States District Judge