**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00718-WJM-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$22,000.00 IN UNITED STATES CURRENCY, and
$11,020.00 IN UNITED STATES CURRENCY,

    Defendants,

IVAN SOTELO-TENA,

    Claimant.

---

**AMENDED JUDGMENT**

---

Pursuant to the Order Granting Claimant's Motion For Entry of Judgment, entered by the Honorable William J. Martínez, United States District Judge, on February 2, 2015, it is

ORDERED that Claimant's Motion for Entry of Judgment (ECF No. 23) is GRANTED.

IT IS FURTHER ORDERED that the Judgment, (ECF No. 22), entered on August 19, 2014, is amended as follows:

    1.    $22,000.00 of Defendant $22,000.00 is entered in favor of Claimant Ivan Sotelo-Tena; and

    2.    $2,765.00 of Defendant $11,020.00 is entered in favor of Claimant Ivan Sotelo-Tena.

Dated at Denver, Colorado this  3rd  day of February, 2015.

APPROVED BY THE COURT:

_____
Judge William J. Martínez

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/Deborah Hansen
Deborah Hansen, Deputy Clerk